**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**City of New York,**

                              **Plaintiff,**

            **-against-**

**Patio Delivery, Inc., et al.**

                              **Defendants.**

**1:26-cv-01287 (VSB) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Referral Order, ECF No. 4.) It is hereby ORDERED that the parties appear for a telephone conference on Wednesday, March 11, 2026, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

It is further ORDERED that, no later than Friday, February 27, 2026, counsel for Patio Delivery, Inc. shall serve a copy of this Order on counsel for Plaintiff. Counsel for Plaintiff shall file a Notice of Appearance no later than March 6, 2026. If Plaintiff's counsel or counsel for Defendant Patio Delivery, Inc. has been in communication with Defendant Salek, they shall advise him or, if represented, his counsel, of the scheduling of the conference.

**SO ORDERED.**

Dated:       New York, New York
             February 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge