**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **City of New York,** | |
| **Plaintiff,** | **1:26-cv-01287 (VSB) (SDA)** |
| **-against-** | **ORDER** |
| **Patio Delivery, Inc., et al.** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on March 11, 2026, the undersigned held a telephone conference with the parties regarding the status of this action; and

WHEREAS, on March 12, 2026, District Judge Broderick entered the parties' proposed Stipulation and Order.

NOW, THEREFORE, it is hereby ORDERED that the parties shall file a joint letter on Monday, April 13, 2026 regarding the status of jurisdictional discovery. In light of the Stipulation and Order, the Court will not set a firm deadline for the City to file any motion to remand as discussed during the telephone conference. Nevertheless, the Court expects the parties to act diligently with respect to jurisdictional discovery and any subsequent motion practice, such that this action may move forward in the appropriate court.

**SO ORDERED.**

Dated:   New York, New York
             March 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge