UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK,

                 Plaintiff,

                                         Case No,
      -against-                         26-CV-01287(VSB)(SDA)

PATIO DELIVERY, INC. d/b/a MOTOCLICK,
and JUAN PABLO SALINAS SALEK,

                 Defendants.
-------------------------------------------------------------------x

## NOTICE OF DEFENDANT PATIO DELIVERY, INC.'S CROSS-MOTION FOR PRELIMINARY INJUNCTON

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Defendant Patio Delivery, Inc.'s Cross-Motion for Preliminary Injunction,

Defendant Patio Delivery, Inc. moves this Court at the United States Courthouse, 500

Pearl St., New York, NY, for an Order pursuant to Fed. R. Civ. Proc. 65, enjoining

Plaintiff from enforcing 6 RCNY § 7-810(b)(2) against Defendant Patio Delivery, Inc.


Dated : New York, New York
       July 14, 2026


                                    CYRULI SHANKS & ZIZMOR LLP

                                    By: /s/ Paul Goodman
                                    420 Lexington Avenue
                                    Suite 2320
                                    New York, New York 10170
                                    (212) 661-6800

                                    Attorneys for Defendant Patio Delivery, Inc.