UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
THE CITY OF NEW YORK,

                              Plaintiff,

                                                        Case No,
        -against-                                       26-CV-01287(VSB)(SDA)

PATIO DELIVERY, INC. d/b/a MOTOCLICK,
and JUAN PABLO SALINAS SALEK,

                              Defendants.
-------------------------------------------------------------------------x

## DECLARATION OF ALAN CHAPARRO

ALAN CHAPARRO hereby declares and states under the penalties of prejury:

1.      I am Chief Marketing Officer of Defendant Patio Delivery, Inc, which does business as Motoclick.

2.      I am fully familiar with the business and operations of Defendant.

3.      Defendant Motoclick operates a restaurant delivery service in several U.S. cities including New York City. Unlike better known companies in the food delivery industry such as DoorDash and Uber Eats, Motoclick does not have a consumer facing ordering app. Rather, Motoclick handles only the delivery portion of restaurant food orders. To provide its delivery services, Motoclick contracts with independent delivery drivers who are given access to Motoclick's smart phone app. Via the app, drivers are offered specific delivery tasks on a continual basis. Drivers then have the option to accept the delivery task (and head towards the restaurant to pick up the order) or turn it down.

4.      Motoclick has two different groups of customers. The first group are restaurants which contract with Motoclick to act as their outsourced delivery service.

These restaurants send delivery requests to Motoclick via a private website. Motoclick then funnels the delivery tasks to its network of independent drivers as described above.

5. Motoclick currently has this kind of direct relationship with only 17 restaurants in New York City.

6. The second group of customers are other companies in the restaurant delivery industry which will use a third-party marketplace to hire Motoclick to complete specific restaurant deliveries when it makes more sense economically not to dispatch one of its own workers, based upon factors such as availability of a delivery worker being close by. This kind of transaction takes place in real time, through a computer interface without any human involvement.

7. Motoclick is just one of several small delivery-only companies handling overflow delivery for the dominant consumer facing ordering apps.

8. As a result of this real time electronic marketplace for food delivery, when a food order arrives, the consumer is unaware of whether the driver works for DoorDash, Motoclick or one of its competitors.

9. Motoclick is a minor player in the NYC restaurant delivery market and estimates that it delivers less than two percent (2%) of all the restaurant delivery orders in New York City.

10. Over ninety percent (90%) of our revenue comes from handling overflow deliveries for the dominant platforms such as DoorDash and Uber Eats.

11. Our workers are all independent contractors who are authorized to log into our Motoclick App for workers. Once logged in, Motoclick, on a continual basis, offers delivery workers delivery tasks based upon their location. A delivery worker then has an

option to accept the task (and head to the restaurant to pick up the order), turn down the task or not respond at all (with the delivery task is then offered to another nearby delivery worker signed on to the Motoclick App).

12. Delivery workers are not penalized for not accepting delivery tasks.

13. Our delivery worker are being paid at least the minimum wage for every minute that they are actively providing services to Motoclick.

14. Motoclick only receives an average of $6.00 per delivery from restaurants or the other platforms. Out of that $6.00, we have to pay the delivery worker, a minimum of $0.37 per minute of active time (time spent biking to the restaurant, waiting for the food and then biking to the customer).

15. Our records show that the average active time per delivery is 9.7 minutes and the average distance is just 1.2 miles.

16. "Mutli-apping" where delivery workers use multiple phones to simultaneously log into the Motoclick App, DoorDash and/or UberEats is prevalent in the restaurant delivery industry.

17. So is "order stacking", where workers collect orders from different restaurants (from different platforms) and then delivery them along a route which covers all of the customers. By doing this, the delivery worker is being paid by multiple companies for doing deliveries during the same time period. It multiples they wages several times.

18. We are aware that at least 60% of our delivery workers use multiple phones to simultaneously log into the Motoclick App, DoorDash and/or UberEats.

19. Motoclick does not object to this practice and does not consider its workers to be exclusive to Motoclick. Thus, we do not restrict the practice.

20. We understand that our drivers will accept orders from different platforms as they try to maximize their earnings.

21. Because we do not have an ordering app we are actually a different kind of business than a company like DoorDash and our utilization rate is lower. It makes no sense for companies like ours to be covered by the same regulation as DoorDash.

22. Each time one of our workers accepts an order from a dominant platform and remains logged into the Motoclick App, it drives down our utilization rate.

23. This low utilization rate which is the nature of our business, forces us to pay workers using the Standard Method.

24. If our requested injunction is not granted, we will be forced to shut down our New York City operations and lose over 90% of our revenue.

Dated:     July 14, 2026

/s/ Alan Chaparro

_____
ALAN CHAPARRO