**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**City of New York,**

**Plaintiff,**

**-against-**

**Patio Delivery, Inc., et al.**

**Defendants.**

**1:26-cv-01287 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than July 30, 2026, Motoclick shall produce to Plaintiff the documents and/or data underlying the monthly reports that it submitted to the New York City Department of Consumer and Worker Protection.

It is further ORDERED that the parties shall appear for a hearing on August 4, 2026 at 9:30 a.m. Courtroom 11C, 500 Pearl Street, New York, NY. Motoclick's witness, Alan Chapparo, may testify at the hearing via remote means. Motoclick shall seek an appropriate Device Order and bring to the hearing a laptop and HDMI connector to facilitate the remote testimony.

It is further ORDERED that, no later than August 11, 2026, the parties may submit post-hearing briefing, not to exceed 20 pages.

**SO ORDERED.**

Dated: New York, New York
July 23, 2026

STEWART D. AARON
United States Magistrate Judge