**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**City of New York,**

**Plaintiff,**

**-against-**

**Patio Delivery, Inc., et al.**

**Defendants.**

**1:26-cv-01287 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that the parties shall file a joint letter on September 29, 2026 regarding the status of discovery. The joint letter also shall indicate whether, as set forth in the Case Management Plan (5/8/26 Case Management Plan, ECF No. 30, at 6), the parties wish to schedule a settlement conference.

**SO ORDERED.**

Dated: New York, New York
September 8, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge